UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 08-07376-PMG
CHAPTER 7 CASE

IN RE:

MARIO ROJAS RODRIGUEZ
AKA MARIO R. RODRIGUEZ

    Debtor.
_____/

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

**THIS CAUSE** is before the Court on the Motion for Relief From Stay ("Motion")(D.E. #9) filed by **COUNTRYWIDE HOME LOANS SERVICING, L.P.** (Movant), on January 8, 2009. The Motion was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within 15 days of the date of service; no party filed an objection within the time permitted and the Court therefore considers the matter to be unopposed.

**IT IS ORDERED:**

1. The Motion for Relief From the Stay is granted.

2. The automatic stay imposed by 11 U.S.C. 362 is lifted as to Movant, and it may proceed with the foreclosure of its lien on the following property:

    **LOT 5, BOLOCK 41, PALM COAST, MAP OF PINE GROVE, SECTION 26, ACCORDING TO THE PLAT AS RECORDED IN MAP BOOK 9, PAGES 20 THROUGH 35, INCLUSIVE, OF THE PUBLIC RECORDS OF FLAGLER COUNTY, FLORIDA.**

    A/K/A: 178 PINE GROVE DRIVE, PALM COAST, FL 32164

3. This Order is entered for the sole purpose of allowing Movant to obtain an in rem judgment against the property described above. Movant shall not seek an in personam judgment against Debtor(s).

DONE and ORDERED at Jacksonville, Florida, January 27, 2009

PAUL M. GLENN
Chief UNITED STATES BANKRUPTCY COURT

COPIES FURNISHED TO:

LAW OFFICE OF MARSHALL C. WATSON, P.A.
ATTN: SCOTT R. WEISS, ESQ.
1800 N.W. 49th STREET - SUITE 120
FORT LAUDERDALE, FL 33319

AARON R. COHEN, TRUSTEE
P.O BOX 4218
JACKSONVILLE, FL 32201

MARIO ROJAS RODRIGUEZ
178 PINE GROVE DRIVE
PALM COAST, FL 32164

JULIUS A. RIVERA, ESQ.
DEBTOR'S COUNSEL
806 SOUTH STREET
PEEKSKILL, NY 10566

U.S. TRUSTEE – JAX7
135 W. CENTRAL BLVD. – SUITE 620
ORLANDO, FL 32801